UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT,<br><br>                    Petitioner,<br><br>     v.<br><br>SCHULTZ,<br><br>                    Respondent. | No.  2:25-cv-2179-DAD-CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner, a state prisoner, filed a petition for writ of habeas corpus challenging his 2012 conviction in the Sacramento Superior Court and asserting his sentence is unauthorized based on Senate Bill 1393. (See ECF No. 1 at 5.) A filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

    By order filed on August 8, 2025, petitioner was ordered to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed. The time granted for that purpose has expired and petitioner has not paid the fee, filed an application to

1

1 proceed without prepayment of fees, or otherwise responded to the court's order regarding the
2 need to pay the fee or file the application to proceed without prepayment of fee.
3     Accordingly, IT IS RECOMMENDED this action be dismissed without prejudice.
4     These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after
6 being served with these findings and recommendations, petitioner may file written objections
7 with the court and serve a copy on all parties. Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that
9 failure to file objections within the specified time may waive the right to appeal the District
10 Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
11 Dated: September 23, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, blou2179.fifp

2