UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCHULTZ,<br><br>　　　　Respondent. | No.  2:25-cv-2179-DAD-CKD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner, filed a petition for writ of habeas corpus challenging his 2012 conviction in the Sacramento Superior Court and asserting his sentence is unauthorized based on Senate Bill 1393. (See ECF No. 1 at 5.) By findings and recommendations filed on September 23, 2025, the undersigned recommended this case be dismissed without prejudice for petitioner's failure to submit an affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee and administrative fee after the court had ordered him to do so. (ECF No. 7.)

　　　　On October 6, 2025, petitioner filed a request for return of documents and exhibits. The request for the return of filed documents will be denied. Paper filings for a case remain part of the court's official record for a variable time period, after which they are discarded. Due to the large volume of cases and documents received at this court, individual requests for return of documents are not granted without a compelling reason.

1

1  For the reasons set forth above, petitioner's request for return of documents and exhibits
2  (ECF No. 8) is DENIED.
3  Dated:  October 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, blou2179.ret

2