UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD BLOUNT,<br>Petitioner,<br>v.<br>SCHULTZ, et al.,<br>Respondent. | No. 2:25-cv-2179-DAD-CKD P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE</u><br><br>(Doc. No. 7) |

Petitioner, now a former state prisoner proceeding *pro se*, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On August 8, 2025, the assigned magistrate judge directed petitioner to file a motion to proceed *in forma pauperis* in this federal habeas action or to pay the required $5 filing fee within thirty (30) days, advising petitioner that his failure to do so would result in a recommendation that his petition be dismissed. (Doc. No. 3.) Petitioner did not respond to that order in any way within the time provided and, accordingly, on September 23, 2025, the magistrate judge issued the pending findings and recommendations recommending that the petition for federal habeas relief be dismissed without prejudice due to petitioner's failure to pay the required filing fee, file the required documents or otherwise respond to the court's order. (Doc. No. 7.)

The findings and recommendations were served on petitioner at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

In addition, the court declines to issue a certificate of appealability. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). Where, as here, the petition is dismissed on procedural grounds, a certificate of appealability should issue if the prisoner can show: (1) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling; and (2) that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). The court concludes that reasonable jurists would not find the court's dismissal of the petition without prejudice to be debatable, wrong, or deserving of encouragement to proceed further.

Accordingly:

1. The findings and recommendations issued September 23, 2025 (Doc. No. 7) are adopted in full;
2. This action is dismissed without prejudice;

/////

/////

/////

---

[1] The court apologizes for the delay in the issuance of this order. Due to an administrative oversight the undersigned just recently learned that the findings and recommendations were pending before the court.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE